# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128952

ZANTEL MARKETING AGENCY,
     Plaintiff-Appellant,

v

WHITESELL CORPORATION, f/k/a
WHITESELL MANUFACTURING, and
WHITESELL OF MICHIGAN, INC.,
     Defendants-Appellees,

and

WILLIAM WHITAKER and STAMPTECH
OF MICHIGAN, INC.,
     Defendants.

_____/

SC: 128952
COA: 248313
Wayne CC: 00-019274-CK

On order of the Court, the application for leave to appeal the March 29, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

d1121